# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

MARQUE RAYMONT EVANISH,

    Plaintiff,

v.                                      Case No. 20-13098

ROBERT FROST and
KAREN HANSON,

    Defendants.

_____/

## JUDGMENT

In accordance with the "Opinion and Order Summarily Dismissing This Case and Denying Leave to Appeal This Decision *In Forma Pauperis*" entered on January 5, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Robert Frost and Karen Hanson, and against Plaintiff Marque Raymont Evanish. Dated at Port Huron, Michigan, January 5, 2021.

                                                KINNIKIA D. ESSIX
                                                CLERK OF THE COURT

                                                By: <u>s/Lisa Wagner</u>
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13098.EVANISH.Judgment.RMK.docx